1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:13-MJ-00087-DAD
                                   )
12              Plaintiff,         )  ORDER CONTINUING COURT
                                   )  TRIAL
13       v.                        )
                                   )  Date:    May 29, 2013
14  JOHN D. SCHEMA,                )  Time:    9:00 A.M.
                                   )  Judge:   Hon. Dale A. Drozd
15              Defendant.         )
    _____)
16

17       It is hereby ordered that the court trial scheduled for May 29,

18  2013 at 9:00 a.m. is continued to August 7, 2013, 2013 at 9:00 a.m.

19       IT IS SO ORDERED.

20  DATED: May 15, 2013.

21

22                                  _____
                                    DALE A. DROZD
23                                  UNITED STATES MAGISTRATE JUDGE

24  dad1.crim
    schema0087.stipord.cont.trial
25

26

27

28