

FILED
AUG - 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00087-DAD |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING COURT TRIAL |
| v. | Date:   August 7, 2013 |
| JOHN D. SCHEMA, | Time:   9:00 A.M. |
| Defendant. | Judge:  Hon. Dale A. Drozd |

It is hereby ordered that the court trial scheduled for August 7, 2013 at 9:00 a.m. is continued to October 9, 2013, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _August 5_, 2013

_____
HON. DALE A. DROZD
United States Magistrate Judge