FILED

MAR - 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00087-DAD |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN D. SCHEMA, | DATE: March 3, 2014 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the status conference currently scheduled for March 4, 2014 is continued to April 1, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 3/3/14                    _____
                                 HON. DALE A. DROZD
                                 United States Magistrate Judge

1