Case 2:15-cr-00215-WBS   Document 22   Filed 03/31/14   Page 1 of 1

BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX



FILED

MAR 31 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00087-AC |
| Plaintiff, | [~~PROPOSED~~] DAD ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN D. SCHEMA, | DATE: April 1, 2014 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the status conference currently scheduled for April 1, 2014 is continued to April 15, 2014.

IT IS SO ORDERED.

Dated: 3/31/14

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge

1