BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-MJ-00087-DAD |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| JOHN D. SCHEMA, ) | |
| ) | DATE:  April 15, 2014 |
| Defendant. ) | TIME:  10:00 a.m. |
| ) | JUDGE: Hon. Dale A. Drozd |
| ) | |
| ) | |

It is hereby ordered that the status conference currently scheduled for April 15, 2014 is continued to April 29, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.ord.cont.stat

1