BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2772
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-00087-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING DATE** |
| v. | |
| JOHN D. SCHEMA, | |
| Defendant. | DATE:  October 21, 2014<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

Plaintiff United States of America and defendant John D. Schema, by and through their respective undersigned attorneys, hereby stipulate and request that the motion to dismiss hearing currently scheduled for October 21, 2014 be vacated and continued as follows:

  Government's Response Date:    October 28, 2014

  Defendant's Reply Date:    November 11, 2014

  Hearing Date:    November 25, 2014 at 10:00 a.m.

Government counsel is currently preparing for a jury trial scheduled to begin on October 7, 2014 and needs additional time to respond to Schema's motion to dismiss.  In addition, the parties are engaged in ongoing discussions and efforts to resolve the case.

///

///

Stipulation And Order To Continue Hearing Date   1

The Court Clerk has previously approved of the hearing date as convenient for the Court.

Respectfully submitted,

DATED:  September 17, 2014          BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Peter M. Mularczyk
                                    Peter M. Mularczyk
                                    Special Assistant U.S. Attorney


DATED:  September 17, 2014          /s/ Robert M. Wilson
                                    ROBERT M. WILSON
                                    Counsel for Defendant
                                    John D. Schema

### ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, it is hereby ordered that the motion to dismiss hearing scheduled for October 21, 2014, at 10:00 a.m. is continued to November 25, 2014 at 10:00 a.m.  The Court also adopts the briefing schedule as outlined in the stipulation.

IT IS SO ORDERED.

Dated:  September 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.stipo.cont.hrg.doc

Stipulation And Order To Continue Hearing Date          2