BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2772
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:13-MJ-00087-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO AMEND MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | ) | |
| | ) | |
| JOHN D. SCHEMA, | ) | |
| | ) | |
| Defendant. | ) | DATE:  November 25, 2014 |
| | ) | TIME:  10:00 a.m. |
| | ) | JUDGE:  Hon. Dale A. Drozd |
| | ) | |

Plaintiff United States of America and defendant John D. Schema, by and through their respective undersigned attorneys, hereby stipulate and request that the motion to dismiss briefing schedule be vacated and amended as follows:

    Government's Response Date:     October 30, 2014

    Defendant's Reply Date:      November 13, 2014

///

///

///

///

///

///

Stipulation And Order To Amend Briefing Schedule   1

Government counsel is requesting additional time to respond to Schema's motion to dismiss and Schema has no objection.  In addition, the hearing will remain scheduled for November 25, 2014 at 10:00 a.m.

Respectfully submitted,

DATED:  September 17, 2014         BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Peter M. Mularczyk
                                   Peter M. Mularczyk
                                   Special Assistant U.S. Attorney


DATED:  September 17, 2014         /s/ Robert M. Wilson
                                   ROBERT M. WILSON
                                   Counsel for Defendant
                                   John D. Schema

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, it is hereby ordered that the motion to dismiss hearing will remain scheduled for November 25, 2014 at 10:00 a.m.  The Court also adopts the revised briefing schedule as outlined in the stipulation.

IT IS SO ORDERED.

Dated:  October 28, 2014

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.stip.amd.brf.sched