BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-00087-DAD |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING AND CONTINUE COURT TRIAL |
| v. | |
| JOHN D. SCHEMA, | |
| Defendant. | DATE: January 28, 2015<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

The United States Attorney through its respective counsel, Jason Leong, Special Assistant United States Attorney, and Robert Wilson, attorney for the defendant, JOHN D. SCHEMA, hereby stipulate to continue the trial confirmation hearing scheduled for January 28, 2015 at 10:00 a.m. to April 28, 2015 at 9:00 a.m.  The parties further stipulate to continue the court trial scheduled for February 9, 2015, at 9:00 a.m. to May 11, 2015 at 9:00 a.m.

///

///

///

///

Stipulation and Proposed Order         1              U.S. v. JOHN D. SCHEMA

1   Accordingly, the United States and the defendant jointly request
2 to continue the trial confirmation hearing scheduled for January 28,
3 2015 at 10:00 a.m. to April 28, 2015 at 9:00 a.m.  The parties
4 further request that the court trial scheduled for February 9, 2015,
5 at 9:00 a.m. be continued to May 11, 2015 at 9:00 a.m.

7 DATED: January 26, 2015        BENJAMIN B. WAGNER
                                 United States Attorney
8

9                                 /s/ Jason M. Leong
                                 JASON M. LEONG
10                               Special Assistant U.S. Attorney

11

12 DATED: January 26, 2015        /s/ Robert M. Wilson
                                 ROBERT M. WILSON
13                               Kimball & Wilson LLP
                                 Counsel for Defendant
14

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-MJ-00087-DAD |
| Plaintiff, | ) ORDER CONTINUING TRIAL |
| | ) CONFIRMATION HEARING AND |
| v. | ) CONTINUING COURT TRIAL |
| JOHN D. SCHEMA, | ) |
| | ) DATE:  January 28, 2015 |
| Defendant. | ) TIME:   10:00 a.m. |
| | ) JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the trial confirmation hearing scheduled for January 28, 2015 at 10:00 a.m. is continued to April 28, 2015 at 9:00 a.m.  It is further ordered that the court trial scheduled for February 9, 2015, at 9:00 a.m. is continued to May 11, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Schema0087.stipo.cont.dates

Stipulation and Proposed Order          3          U.S. v. JOHN D. SCHEMA