**FILED**
OCT 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13 mj 0087 OAD

John D. Schema

**ORDER TO PAY**

SOCIAL SECURITY #: - - 5089
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
N. San Juan     CA     95960    (mailing: General delivery,
CITY            STATE  ZIP CODE  North San Juan, CA 95960

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 10-20-15            X _____
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ 30.00 for a TOTAL AMOUNT OF: $ 30.00 within forthwith days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(✓) Restitution: 20,015.06
(✓) Community Service 50 hours _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU        ☐ CLERK, USDC               ☒ CLERK, USDC
  PO BOX 71363                         2500 TULARE ST., RM. 1501   501 I STREET, STE. 4-200
  PHILADELPHIA, PA 19176-1363          FRESNO, CA 93721-1322       SACRAMENTO, CA 95814-2322
  1-800-827-2982
  or
  Pay on-line at www.cvb.uscourts.gov
  and Click on "Pay On-Line"

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 10/20/15                DALE A. DROZD
                              U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                            EDCA-3