JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**JOHN D. SCHEMA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0215 WBS |
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER TO EXTEND APPEALLATE BRIEFING SCHEDULE |
| JOHN D. SCHEMA | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Special Assistant United States Attorney Elliot C. Wong, and Jennifer C. Noble, attorney for John D. Schema, that the hearing presently scheduled for Tuesday, January 19, 2016 at 9 a.m., be vacated and continued to Tuesday, April 26, 2016 at 9 a.m.  The parties also request that the briefing schedule be amended as follows:

    Appellant Schema's Opening Brief due:  March 15, 2016

    Appellee's Answering Brief due:  April 5, 2016

    Appellant's Optional Reply Brief due:  April 19, 2016

    The parties are entering this stipulation because additional time is needed to negotiate the restitution issues.  Further, once the restitution payment schedule has been established, the Office of the Federal Defender intends to substitute into the case

to represent Mr. Schema in his appeal, with the assistance of the U.C. Davis Appellate Litigation Clinic.

Dated: November 19, 2015                    Respectfully submitted,

                                                By:  /s/ Jennifer C. Noble
                                                JENNIFER C. NOBLE
                                                Attorney for Defendant
                                                JOHN D. SCHEMA

Dated: November 19, 2015                    Benjamin B. Wagner
                                                United States Attorney
                                                By:  /s/  Elliot Wong
                                                Elliot Wong
                                                Special Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the hearing presently scheduled for Tuesday, January 19, 2016 at 9 a.m., is vacated and continued to **Monday, April 25, 2016 at 9:00 a.m**.  The briefing schedule is amended as stipulated above.

**IT IS SO ORDERED.**

Dated:  November 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE