HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOHN D. SCHEMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN D. SCHEMA, <br> Defendant. | No. 2:15-cr-00215-WBS <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND APPELLATE BREIFING SCHEDULE |

IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through Special Assistant United States Attorney Elliot C. Wong, and JOHN D. SCHEMA, through Assistant Federal Defender Carolyn M. Wiggin, that the hearing presently scheduled for Monday, April 25, 2016, be vacated and continued to Monday, May 23, 2016, at 9:00 a.m. The parties also request that the briefing schedule be amended as follows:

   Appellant's Opening Brief due: April 11, 2016;

   Appellee's Answering Brief due: May 2, 2016; and

   Appellant's Optional Reply Brief due: May 16, 2016.

The parties are entering this stipulation because the transcripts of the proceedings did not become available until February 22, 2016, and the law students who are assisting in this case would like additional time to review the transcripts for potential appellate issues.

*U.S. v. Schema*, No. 2:15-cr-WBS
Stip and [Prpsd] Order to Extend
Briefing and Hearing Schedule

-1-

Dated: March 4, 2016

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Carolyn M. Wiggin*
    CAROLYN M. WIGGIN
    Assistant Federal Defender

Dated: March 4, 2016

    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Elliot Wong*
    ELLIOT WONG
    Special Assistant United States Attorney

## **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the hearing presently scheduled for Monday, April 25, 2016, at 9:00 a.m., is vacated and continued to Monday, May 23, 2016, at 9:00 a.m. The briefing schedule is amended as stipulated above.

**IT IS SO ORDERED.**

Dated: March 4, 2016

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

*U.S. v. Schema*, No. 2:15-cr-WBS
Stip and [Prpsd] Order to Extend
Briefing and Hearing Schedule

-2-