UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>JOHN D. SCHEMA,<br><br>    Defendant-Appellant. | CR. NO. 2:15-00215 WBS<br><br><u>ORDER</u> |

----oo0oo----

      Defendant appeals from the sentence imposed by the Magistrate Judge on October 20, 2015. The court having read the briefs of the parties and heard oral argument, and good cause appearing, the sentence on count three of the Superseding Information is hereby VACATED, and the amount of restitution which defendant is ordered to pay is reduced to $9,717.44. With those modifications, the Judgment of the Magistrate Judge (Docket No. 56) is hereby AFFIRMED.

1

IT IS SO ORDERED.

Dated: May 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE