HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Counsel Designated for Service
BRENNA GARTH, Certified Law Clerk
CHRISTOPHER RHEE, Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant-Appellant
JOHN D. SCHEMA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00215-WBS |
| Plaintiff-Appellee, | **Stipulation and Order Re Restitution and Modification of Judgment.** |
| v. | |
| JOHN D. SCHEMA, | |
| Defendant-Appellant. | |

IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through Special Assistant United States Attorney Elliot C. Wong, and JOHN D. SCHEMA, through Assistant Federal Defender Carolyn M. Wiggin, that the amount of restitution to be paid by Mr. Schema will be $9,717.44, consistent with this Court's order of May 23, 2016.

Mr. Schema also waives any right to a resentencing hearing in relation to restitution.

Lastly, the parties agree that the conviction for Count Three be vacated in light of

aforementioned order.

Dated: July 8, 2016                                         HEATHER E. WILLIAMS
                                                            Federal Defender


                                                            */s/ Carolyn M Wiggin*
                                                            CAROLYN M. WIGGIN
                                                            Assistant Federal Defender
                                                            Attorney for Defendant-Appellant
                                                            JOHN D. SCHEMA


Dated: July 8, 2016                                         PHILLIP A. TALBERT
                                                            Acting United States Attorney

                                                            */s/ Elliot C. Wong*
                                                            ELLIOT C. WONG
                                                            Special Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, the restitution to be assessed against Mr. Schema shall be in the amount of $9,717.44, Mr. Schema's resentencing hearing rights in relation to this matter shall be waived, and the conviction for Count Three will be vacated. The Clerk of the Court shall modify the docket to show that Count Three of Mr. Schema's conviction has been vacated.

IT IS SO ORDERED.

Dated: July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE